SCANNED at and Emailed 3/22/21 by CW initials No. 1 pages

United States District Court
District of Connecticut

HENRY BANKS III
  PLAINTIFF
v.
MICHAUD et al.                                     Civil Action No. 3:20-cv-00326JAM
  DEFENDENTS

Declaration for Entry of Default

HENRY BANKS III, hereby declares:
I am the plaintiff herein. The complaint herein was filed on the day March 11th 2020

The court files and record herein show that the Defendents were served by United states Marshal with a copy of summons and a copy of the Plaintiffs complaint on the 28th of December 2020 through Jan 28th 2021.

More than (80 days) have elapsed since the date on which the Defendants herein were (served) with summons and a copy of Plaintiffs complaint, excluding the date thereof

The defendants have failed to Answer or otherwise defend as to Plaintiffs complaint or serve a copy of any answer or any defense which it might have had, upon affiant or any other plaintiff herein.

Defendants are not in the military service and are not infants or incompetents.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Newtown, Conn March 20th 2021        /s/ Henry Banks III